UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
DARRELL W. BRUCE, :
: CASE NO. 1:10-CV-02894
Petitioner, :
:
vs. : OPINION & ORDER
: [Resolving Doc. No. 8, 11]
ROBERT WELCH, Warden :
:
:
Respondent. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On December 22, 2010, Petitioner Darrell W. Bruce filed a habeas petition pursuant to 28 U.S.C. § 2254. [Doc. 1.] The matter was referred to Magistrate Judge White on January 6, 2011. [Doc. 3.] On March 29, 2011, Respondent Robert Welch, the Warden of the Toledo Correctional Institution, moved to dismiss the habeas petition for failure to exhaust state court remedies on the petitioner's fourteenth ground for relief, saying that the due process claim was the subject of an appeal pending in state court. [Doc. 8 at 17-18.] On November 2, 2011, Magistrate Judge White issued a Report and Recommendation recommending that this Court deny the Respondent's motion, noting that the Petitioner's direct appeal had been rejected by both the state Court of Appeals and Supreme Courts. [Doc. 11 at 10.]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28

Case No. 1:10-CV-02894
Gwin, J.

U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the magistrate's report. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt the magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In this case, neither party has objected to the Magistrate Judge's recommendation. Moreover, the Court's review of the public docket in the Petitioner's state court appeal confirms that he has exhausted state court remedies for the claim. He appealed the due process issue claimed as the fourteenth ground for habeas relief before the Ohio Court of Appeals, [Doc. 8-42], but the appellate court rejected his direct appeal, denied his motion for reconsideration, and the Ohio Supreme Court dismissed his subsequent appeal. *See State of Ohio v. Darrell Bruce*, CA-10-095064 (Ohio App. May 5, 2010). Accordingly, the Court **ADOPTS** in whole Magistrate Judge White's Report and Recommendation and incorporates it fully herein by reference, and **DENIES** the Respondent's Motion to Dismiss.

IT IS SO ORDERED.

Dated: February 3, 2011                s/         *James S. Gwin*
                                                                            JAMES S. GWIN
                                                                            UNITED STATES DISTRICT JUDGE